# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Pedersen, Mark | 2. Court or Organization U.S. District Court - Western District of New York | 3. Date of Report 08/12/2021 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |
|---|---|---|

**7. Chambers or Office Address**

Kenneth B. Keating Federal Building
100 State St.
Rochester, NY 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (no reportable assets) |
| 2. Adjunct Instructor | Medaille College |
| 3. Captain | New York Naval Militia |
| 4. Troop Committee Chair | Boy Scouts |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | New York State Employees Retirement Fund (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Medaille College (teaching salary) | $2,250.00 |
| 2. 2020 | New York State Employees Retirement (pension) | $7,599.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Discover | Credit Card | K |
| 2. Bank of America | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Individual Assets (H) | | | | | | | | | |
| 2. M&T Bank (cash) (Y) | | | | | | | | | |
| 3. SBLI USA Whole Life Insurance | A | Dividend | J | T | | | | | |
| 4. New York Life Insurance Company Whole Life Insurance | A | Dividend | K | T | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. Stifel Insured Deposit (cash) | A | Interest | K | T | | | | | |
| 7. Abbvie Inc Shs (ABBV) | A | Dividend | J | T | | | | | |
| 8. Activision Blizzard Inc (ATVI) | A | Dividend | K | T | | | | | |
| 9. Berkshire Hathaway Inc Del Cl B (BRKB) | | None | K | T | | | | | |
| 10. Ford Motor Co (F) | A | Dividend | J | T | | | | | |
| 11. Ingersoll-Rand (IR) | | None | J | T | | | | | |
| 12. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 13. Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 14. Qualcomm Inc (QCOM) | A | Dividend | K | T | | | | | |
| 15. Tractor Supply Co (TSCO) | A | Dividend | K | T | | | | | |
| 16. Trane Technologies (TT) | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 17. Allegion PLC Shs (ALLE) | | None | | | Sold | 02/27/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of New York Mellon Preferred Stock (BK'C) | A | Dividend | | | Redeemed | 12/21/20 | J | | |
| 19. HSBC Holdings PLC Preferred Stock (HSBC'A) | A | Dividend | J | T | | | | | |
| 20. Account #2 (H) | | | | | | | | | |
| 21. Stifel Insured Deposit (cash) | A | Interest | K | T | | | | | |
| 22. Amazon.com Inc. (AMZN) | | None | K | T | | | | | |
| 23. Berkshire Hathaway Inc. Cl B (BRKB) | | None | K | T | | | | | |
| 24. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 25. Keycorp New (KEY) | A | Dividend | J | T | | | | | |
| 26. Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |
| 27. MGM Growth Properties LLC Cl A (MGP) | A | Dividend | J | T | | | | | |
| 28. Verizon Communications Inc. (VZ) | A | Dividend | J | T | | | | | |
| 29. Medtronic PLC (MDT) | A | Dividend | | | Sold | 10/29/20 | K | C | |
| 30. HSBC Holdings PLC Preferred Stock (HSBC'A) | A | Dividend | J | T | | | | | |
| 31. Account #3 (H) | | | | | | | | | |
| 32. Stifel Insured Deposit (cash) | A | Interest | J | T | | | | | |
| 33. Vanguard Mid-Cap ETF (VO) | A | Dividend | | | Sold | 10/29/20 | J | A | |
| 34. Bank of Montreal Medium Term Note (06366RJJ5) | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Caterpillar Financial Se Medium Term Note (14912L6E6) | B | Interest | L | T | | | | | |
| 36. John Deere Capital Corp Medium Term Note (24422ETF6) | B | Interest | K | T | | | | | |
| 37. PNC Bank NA Medium Term Note (69349LAG3) | B | Interest | L | T | | | | | |
| 38. AB Large Cap Growth Fund Adv Cl (APGYX) | A | Dividend | J | T | | | | | |
| 39. Blackrock Total Return Fund Instl Class (MAHQX) | A | Dividend | J | T | | | | | |
| 40. Delaware Value Fund Intl Cl (DDVIX) | | None | | | Sold | 03/12/20 | J | | |
| 41. MFS Mid Cap Value Fund Cl I (MCVIX) | A | Dividend | J | T | | | | | |
| 42. PGIM Global Total Return Fund Inc Cl Z (PZTRX) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 43. PGIM Total Return Bond Fund Cl Z (PDBZX) | A | Dividend | J | T | | | | | |
| 44. PGIM Jennison Focused Growth Fund Cl Z (SPFZX) | A | Dividend | J | T | | | | | |
| 45. Vanguard Prime Money Market Admiral Cl (VMRXX) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 46. Account #4 (H) | | | | | | | | | |
| 47. Stifel Insured Deposit (cash) | A | Interest | M | T | | | | | |
| 48. Abbvie Inc Shs (ABBV) | B | Dividend | K | T | | | | | |
| 49. Alphabet Inc SHS Cl C (GOOG) | | None | K | T | | | | | |
| 50. Alphabet Inc Shs Cl A (GOOGL) | | None | K | T | | | | | |
| 51. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Berry Global Group Inc (BERY) | | None | J | T | | | | | |
| 53.  Citigroup Inc Com New (C) | A | Dividend | J | T | | | | | |
| 54.  Coca Cola Com (KO) | A | Dividend | J | T | | | | | |
| 55.  Disney (Walt) Co Com Stk (DIS) | A | Dividend | K | T | | | | | |
| 56.  Dominion Energy Inc (D) | A | Dividend | J | T | | | | | |
| 57.  Dover Corp (DOV) | A | Dividend | K | T | | | | | |
| 58.  Exxon Mobil Corp Com (XOM) | A | Dividend | J | T | | | | | |
| 59.  Facebook Inc (FB) | | None | K | T | | | | | |
| 60.  Ford Motor Co (F) | A | Dividend | J | T | | | | | |
| 61.  General Motors (GM) (X) | | None | J | T | | | | | |
| 62.  Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 63.  Kar Auction Services Inc (KAR) | A | Dividend | J | T | | | | | |
| 64.  Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 65.  Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |
| 66.  NVIDIA (NVDA) | A | Dividend | N | T | | | | | |
| 67.  Procter & Gamble Co (PG) | A | Dividend | K | T | | | | | |
| 68.  Prudential Financial Inc (PRU) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Sanofi Adr (SNY) | A | Dividend | J | T | | | | | |
| 70. Starbucks Corp (SBUX) | A | Dividend | L | T | | | | | |
| 71. Tiffany & Co New (TIF) | A | Dividend | | | Sold | 02/27/20 | K | D | |
| 72. Tractor Supply Co (TSCO) | A | Dividend | K | T | | | | | |
| 73. Verizon Communcatns Com (VZ) | A | Dividend | J | T | | | | | |
| 74. Visa Inc Cl a Shrs (V) | A | Dividend | K | T | | | | | |
| 75. Allied Capital Corp PFD Note (01903Q207) | B | Interest | K | T | | | | | |
| 76. HSBC HLDGS PLC (40428604) | A | Interest | K | T | | | | | |
| 77. Public Storage (74460W875) | A | Interest | | | Redeemed | 09/30/20 | K | | |
| 78. Wells Fargo & Co (949746655) | A | Interest | J | T | | | | | |
| 79. Amherst NY Dev Crp Stf (031358AS3) | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 80. Solar Senior Capital Ltd (SUNS) | A | Dividend | J | T | | | | | |
| 81. Plains All Amern Pipl Lp (PAA) | A | Dividend | J | T | | | | | |
| 82. Account #5 (H) | | | | | | | | | |
| 83. NVIDIA Corp (NVDA) | A | Dividend | M | T | | | | | |
| 84. Account #6 (H) | | | | | | | | | |
| 85. JPMorgan 529 Moderate Growth Portfolio - A | | None | J | T | Sold<br>(part) | 08/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/11/20 | J | | |
| 87. Account #7 (H) | | | | | | | | | |
| 88. Stifel Insured Deposit (cash) | A | Interest | J | T | | | | | |
| 89. First Trust Value Line Dividend Index ETF (FVD) | | None | J | T | Buy | 12/29/20 | J | | |
| 90. Vanguard Mid-Cap ETF (VO) | A | Dividend | | | Sold | 10/29/20 | J | A | |
| 91. AB Discovery Growth Fund Adv Cl (CHCYX) | A | Dividend | J | T | | | | | |
| 92. AB Large Cap Growth Fund Adv Cl (APGYX) | A | Dividend | J | T | | | | | |
| 93. Blackrock Total Return Fund Instl Cl (MAHQX) | A | Dividend | J | T | Buy (add'l) | 12/31/20 | J | | |
| 94. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 95. Goldman Sachs Core Fixed Income Instl Cl (GSFIX) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 96. Delaware Value Fund Instl Cl (DDVIX) | | None | | | Sold | 03/12/20 | J | | |
| 97. JP Morgan Global Bond Opportunities Fund I (GBOSX) | A | Dividend | | | Sold | 03/19/20 | J | | |
| 98. MFS Mid Cap Value Fund Cl I (MCVIX) | A | Dividend | J | T | Buy (add'l) | 12/31/20 | J | | |
| 99. MFS Value Cl I (MEIIX) | | None | J | T | Buy | 12/29/20 | J | | |
| 100. PGIM Global Total Return Fund Cl Z (PZTRX) | A | Dividend | | | Sold | 03/19/20 | J | | |
| 101. PGIM Total Return Bond Fund Cl Z (PDBZX) | A | Dividend | J | T | Buy (add'l) | 12/31/20 | J | | |
| 102. PGIM Jennison Focused Growth Fund Cl Z (SPFZX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. PGIM Short Term Corp Bond Cl Z (PIFZX) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 104. T Rowe Price QM US Small Cap Growth Eq Fd Inv Cl (PRDSX) | A | Dividend | J | T | | | | | |
| 105. Transamerica Bond Cl I (TFXIX) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 106. Vanguard Prime Money Market Admiral Cl (VMRXX) (cash) | A | Dividend | | | Buy | 03/20/20 | J | | |
| 107. | | | | | Sold | 12/29/20 | J | | |
| 108. Account #8 (H) | | | | | | | | | |
| 109. Lonestar Age Based 18+ Years Portfolio A (X) | | None | | | Sold | 01/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Parenthetical numbers in Part VII are CUSIP numbers.

| Name of Person Reporting | Date of Report |
|---|---|
| **Pedersen, Mark** | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark Pedersen**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544